In re ADOPTION OF D.T.P.

Petition of G.J.P.

Supreme Court of Pennsylvania.

Dec. 20, 2006.

***ORDER***

PER CURIAM.

**AND NOW,** this 20th day of December, 2006, it is hereby ordered that Petitioner G.J.P.'s Petition for Allowance of Appeal is granted. The order entered on May 15, 2006 by the Superior Court is vacated. Petitioner may file a Notice of Appeal with the Superior Court *nunc pro tunc,* appealing the April 21, 2005 order entered by the Court of Common Pleas of Potter County, within forty-five days of the date of this order. The provision of incorrect information by the court in its decree regarding the filing of exceptions constituted a breakdown in the court's operation that warrants an allowance of appeal *nunc pro tunc.* See *Commonwealth v. Smirga,* 432 Pa.Super. 286, 638 A.2d 229, 232 (1994); *Commonwealth v. Bassion,* 390 Pa.Super. 564, 568 A.2d 1316, 1319 (1990).

Gail L. ULRICH, Appellant,

v.

Richard I. HEATH, Appellee.

Supreme Court of Pennsylvania.

Argued Dec. 4, 2006.

Decided Dec. 21, 2006.

Ronald McGlaughlin, Esq., Stover, McGlaughlin, Gerace, Weyandt & McCormick, P.C., State College, for Gail L. Ulrich.

Peter McManamon, Esq., Henry & Corcelius, Huntingdon, for Richard I. Heath.

BEFORE: CAPPY, C.J., and CASTILLE, SAYLOR, EAKIN, BAER and BALDWIN, JJ.

***ORDER***

PER CURIAM.

The Court being evenly divided, the Order of the Superior Court is affirmed.

Justice NEWMAN did not participate in the consideration or decision of this case.